UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In Re Bondaryl McCall**

Case No. 23-mc-50353
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING MISCELLANEOUS ACTION

On March 15, 2023, Bondaryl McCall filed a "Notice of Appointment of Trustee." (*See* ECF No.1, PageID.1.) The "notice" is a one-page document bearing only its title (quoted immediately above). A number of exhibits are attached to the "notice."

The "notice" plainly fails to state a plausible claim or fall within the Court's subject-matter jurisdiction. Accordingly, the Court hereby **DISMISSES** this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1