UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re Bondaryl McCall

Case No. 23-mc-50353
Hon. Matthew F. Leitman

_____/

**ORDER (1) DENYING PLAINTIFF'S MOTIONS (ECF Nos. 6, 7, 10) AND (2) PROHIBITING PLAINTIFF FROM ANY FUTURE FILINGS IN THIS ACTION WITHOUT PRIOR LEAVE OF COURT**

On March 15, 2023, Plaintiff Bondaryl McCall filed a "Notice of Appointment of Trustee" with this Court. (*See* ECF No.1, PageID.1.)  The "notice" is a one-page document bearing only its title (quoted immediately above).  A number of exhibits were attached to the "notice."  Because the "notice" plainly failed to state a plausible claim or fall within the Court's subject-matter jurisdiction, the Court dismissed this action. (*See* Order, ECF No. 4.)

Despite the Court's order of dismissal, McCall has continued filing documents on the docket of this case, including two motions "for Leave to Deposit Equitable Tender" (ECF Nos. 6 and 7) and a motion to file documents under seal (ECF No. 10).  All of McCall's motions are **DENIED**.  This case is closed and there is no basis for McCall to continue to file motions and other documents in this action.  McCall shall not file any additional documents or motions in this case without prior

1

permission of this Court.  Any documents filed without such permission will be stricken from the record.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 13, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
